UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAILEY KOWALSKI,                                           )
                 Plaintiff,             )
                                               )
                                               )    No. 1:18-cv-390
-v-                                                                     )
                                               )    Honorable Paul L. Maloney
MICHIGAN STATE UNIVERSITY,               )
                 Defendant.          )
_____)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 59), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 24, 2021                           /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge